```
THERESA TRENEA ALEXANDER      NAVY FCU
1545 WIGGINS RD.              ATTN: BANKRUPTCY
JACKSON, MS 39209             PO BOX 3000
                              MERRIFIELD, VA 22119


THOMAS C. ROLLINS, JR.        REGIONAL FINANCE
THE ROLLINS LAW FIRM, PLLC    979 BATESVILLE RD
P.O. BOX 13767                GREER, SC 29651
JACKSON, MS 39236


AT&T                          REPUBLIC FINANCE
PO BOX 5014                   ATTN: BANKRUPTCY
CAROL STREAM, IL 60197        7031COMMERCE CIRCLE
                              BATON ROUGE, LA 70809


BAPTIST HEALTH SYSTEM         SYNCHRONY BANK
106 CLINTON PKWY              ATTN: BANKRUPTCY
CLINTON, MS 39056             PO BOX 965060
                              ORLANDO, FL 32896


CAPITAL ONE                   TRUSTMARK BANK
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
P.O. BOX 30285                248 EAST CAPITAL ST
SALT LAKE CITY, UT 84130      JACKSON, MS 39201


CITI CARD
ATTN: CITICORP CR SRVS
PO BOX 790040
ST LOUIS, MO 36179


CITIBANK
CITICORP CR SRV
PO BOX 790040
ST LOUIS, MO 63179


FST FRKLN FI
ATTN: BANKRUPTCY
317 HIGHWAY 80 EAST
CLINTON, MS 39056


MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DR
NOTTINGHAM, MD 21236
```